GLENN M. CLARK # 91371
MILLER, CLARK, CALVERT & OBENOUR
2222 Martin Luther King Jr. Way
Berkeley, California 94704
(510) 848-7200 FAX (510) 848-3500
email mccoattys@hotmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANNA MCCOY | Civil No. 11-00782 CRB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have a 30-day extension, or until July 25, 2011, in which to file her Notice, Motion, and Memorandum in Support of Motion for Summary Judgment.

This is Plaintiff's first request for an extension of time in this matter.

Respectfully submitted,

Dated: June 20, 2011      /S/ Glenn M. Clark
                          GLENN M. CLARK
                          Attorney for Plaintiff

```
                              MELINDA L. HAAG
                              United States Attorney

Dated: June 21, 2011          By /S/ Lynn M. Harada
                              (as authorized by email)
                              LYNN M. HARADA
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant



                              ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  June 23, 2011         _____
                              CHARLES R. BREYER
                              UNITED STATES DISTRICT COURT JUDGE
```

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Charles R. Breyer]*

PLAINTIFF'S MOTION FOR EXTENSION 11-00782 CRB - 2 -