IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANNA MCCOY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE,<br><br>    Defendant.                          / | No. C 11-00782 CRB<br><br>**JUDGMENT** |

    Having granted Defendant's motion for summary judgment, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\782\Judgment.wpd